■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFTON CRAWFORD, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed March 14, 1975. Sentence affirmed. Defendant claims that he received the maximum term of imprisonment, 15 years, because he was sentenced as a second felony offender and that this was error. A review of both the plea and sentence minutes show this claim to be totally without merit. The sentence imposed

was appropriate in light of the seriousness of the crime committed by defendant. Latham, Acting P. J., Margett, Suozzi and Mollen, JJ., concur.